**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN THE MATTER OF: | CIVIL ACTION<br>NO.  25-5287 |
| HANAWAY | |
| | BANKRUPTCY<br>NO.  25-11563 |

**HODGE, J.**                                                              **May 14, 2026**

## <u>ORDER</u>

**AND NOW**, this 14th day of May, 2026, upon consideration of Debtor-Appellant's Motion to Stay Pending Appeal (ECF No. 11 (the "Motion")) and Trustee-Appellee's response thereto (ECF No. 13), Debtor-Appellant's Opening Brief (ECF No. 12), Trustee-Appellee's Opening Brief (ECF No. 14), Debtor-Appellant's Reply Brief (ECF No. 15), and Trustee-Appellee's Supplement to Brief (ECF No. 17), for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED** that the September 4, 2025 Order of the United States Bankruptcy Court for the Eastern District of Pennsylvania, which denied Debtor-Appellant's Motion for Order Converting Chapter 7 Case to Case Under Chapter 13, is hereby **AFFIRMED**.

The Clerk of Court shall mark this case **CLOSED**.

> **BY THE COURT:**
>
> **/s/ Kelley B. Hodge**
> _____
>
> **HODGE, KELLEY B., J.**